**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>BARRY SPELL,<br>Defendant. | Case No.: 2:26-mj-0723-MDC<br>**Order on Stipulation to Continue Preliminary Hearing** |

## I. Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This continuance is not sought for the purpose of delay, but to allow for counsel to meet and confer with her client and prepare for a grand jury or for the issuance of an indictment which would render the preliminary hearing moot.
2. Defendant Spell is in custody but does not object to the continuance.
3. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendant in a speedy preliminary hearing and trial.
4. Defendant, Counsel for Defendant, and the Government agree to the above-referenced continuance.
5. This is the first request for a continuance.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the change of plea and trial dates.

## II. Conclusions of Law

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy preliminary hearing and trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice and deny the parties the ability to confer with their clients.

## III. Order

IT IS ORDERED that the preliminary hearing scheduled for October 7, 2026 at 4:00 p.m., be vacated and continued to November 6, 2026, at the hour of 4:00 pm in LV Courtroom 3D.

IT IS SO ORDERED

HON. MAXIMILIANO D. COUVILLIER, III.
UNITED STATES MAGISTRATE JUDGE

DATED: October 2, 2026