PS 8

(Revised 12/04)

**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF NEVADA**

U.S.A. vs. BARRY LAURENCE SPELL Docket No: 2:26-CR-216-CDS-EJY-1

Petition for Action on Conditions of Pretrial Release

COMES NOW Samira A. Barlow, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant Barry Laurance Spell. The defendant initially appeared on September 23, 2026, before U.S. Magistrate Judge Brenda Weksler and was ordered detained pending further court proceedings.

On November 9, 2026, the defendant appeared before Your Honor on a motion to reopen his detention hearing. On the same date, the defendant was ordered released on a personal recognizance bond with the following conditions:

1. The defendant must submit to supervision by and report for supervision to the U.S. Pretrial Services Office.
2. The defendant must continue or actively seek employment.
3. The defendant must abide by the following restriction on personal association, residence, or travel: Maintain residence at the Las Vegas Rescue Mission, or as otherwise approved by Pretrial Services, and do not move without permission of Pretrial Services or the Court.
4. The defendant must avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including: Victims "CC" and "GA", or witnesses.
5. The defendant must not possess a firearm, destructive device, or other weapon.
6. The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.
7. The defendant must submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system. and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
8. The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services office or supervising officer.
9. The defendant must participate in one of the following location restriction programs and comply with its requirements as directed in subsection i, ii, and iii
    i. Stand Alone Monitoring: You have no residential curfew home detention, or home incareration restrictions. However, you must comply with the location or travel restrictions as imposed by the court. Note: Stand Alone Monitoring should be used in conjuction with global positioning system (GPS) technology
    ii. Submit to the following location monitoring technology
    (2) GPS
10. Do not come within 100 yards of Citibank located at 3900 Paradise Road, Las Vegas, NV or Well Fargo located at 3433 South Maryland Parkway, Las Vegas, NV.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On November 16, 2026, the defendant submitted to a drug test which was positive for Amphetamine and Methamphetamine. Mr. Spell admitted to using a controlled substance.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND BE MODIFIED AS FOLLOWS:**

Defendant's bond is temporarily modified to suspend the requirement that he wear a location monitoring devise so long as he is enrolled in the treatment program at Westcare. No later than 24 business hours after he completes or is discharged from the program he must report to U.S. Pretrial Services in Las Vegas, Nevada for reinstallation of a location monitoring device.

ORDER OF COURT

Considered and ordered this 20 day of November, 2026 and ordered filed and made a part of the records in the above case.

Elayna J. Youchah

Honorable Elayna J. Youchah
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 20 day of November, 2026.

Respectfully Submitted,

Samira Barlow

Samira A. Barlow
U.S. Pretrial Services Officer JS
Place: Las Vegas, Nevada